IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARL HEISE,

              Plaintiff,              JUDGMENT IN A CIVIL CASE

v.

                                            Case No. 14-cv-739-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

              Defendant.

      This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered awarding counsel for Carl Heise a representative fee award of $11,305.50 pursuant to 42 U.S.C. § 406(b).


      s/ K. Frederickson, Deputy Clerk                12/15/2016
      Peter Oppeneer, Clerk of Court                     Date